**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ALVIN E. DICK,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No. 3:24-cv-00-328-CLB<br><br>**ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS***<br><br>[ECF Nos. 1, 7] |

　　　Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in an action involving judicial review of administrative action by the Secretary of Health and Human Services, denying Plaintiff's claim for disability benefits under the Social Security Act. In the IFP application, Plaintiff listed minimal income and assets (ECF Nos. 1, 7).

　　　For good cause appearing, **IT IS ORDERED** as follows:

　　　(1) Plaintiff's application to proceed IFP, (ECF Nos. 1, 7), are **GRANTED**. Plaintiff is permitted to maintain this action without the necessity of prepayment of fees or costs or the giving of security therefor.

　　　(2) The Complaint shall **PROCEED** and the Clerk shall **FILE** the Complaint (ECF No. 1-1).

　　　(3) The Clerk shall provide notice of this action to the Commissioner pursuant to Rule 3 of the Supplemental Rules for Social Security.

　　　(4) From this point forward, Plaintiff must serve a copy of every pleading or other document submitted for consideration by the Court upon the defendant or, if an appearance has been entered by counsel, upon the attorney. Plaintiff must include with the original of each document to be filed with the Court a certificate stating that a true and correct copy of the document was served on the defendant, or counsel, if the defendant has an attorney. Under Local Rule 5-1 the proof of service must show the day

1 | and manner of service and the name of the person served. The Court may disregard any
2 | paper received which has not been filed with the Clerk, or that fails to include a certificate
3 | of service.
4 | **IT IS SO ORDERED.**
5 | **DATED:** August 15, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**