UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALVIN E. DICK,<br><br>    Plaintiff<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 3:24-CV-00328-CLB<br><br>**ORDER GRANTING *SUA SPONTE* EXTENSION OF TIME TO FILE MOTION FOR REMAND/REVERSAL** |

On July 25, 2024, Plaintiff Alvin E. Dick ("Dick") initiated this action, which involves judicial review of an administrative action by the Secretary of Health and Human Services, denying his claim for disability benefits under the Social Security Act. (ECF No. 1.)

On August 15, 2024, this Court issued an order concerning review of social security cases, (ECF No. 10). The order explicitly required Dick to file any motion for remand or reversal within 60 days of the filing of the certified administrative record. (*Id.* at 2.) On September 25, 2024, Defendant Commissioner Martin O'Malley ("Commissioner") filed the certified administrative record. (ECF No. 12.) Thus, pursuant to this Court's order, Dick had until Monday, November 25, 2024, to file his motion for remand or reversal, but to date has failed to do so.

For good cause appearing, the Court will *sua sponte* grant Dick an extension to **December 30, 2024**, to file his motion for reversal/remand. Absent extraordinary circumstances, no further extensions of time will be granted. If Dick fails to timely file his motion for reversal/remand, the Court will consider appropriate sanctions, up to and including dismissal of this action without prejudice.

**DATED**: November 26, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**